IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| POLAR ENERGY (JERSEY), And W2 LIMITED, <br><br>*Plaintiffs*, <br><br>vs. <br><br>GLOBAL GAS & REFINING LIMITED and PK MARSYM (BERMUDA) LTD., <br><br>*Defendants*, | § § § § § § § § § § § § § § | <br><br><br><br><br><br>CIVIL ACTION 4:12-CV-01779 <br><br><br><br>USDJ:    SIM LAKE |

## ORDER ON STIPULATION OF DISMISSAL

On this day, the Court considered Joint Stipulation of Dismissal filed by (1) Plaintiffs Polar Energy (Jersey) Limited and W2 Limited, (2) Defendants Global Gas & Refining Limited and PK Marsym (Bermuda) Ltd., and (3) Third-Party Defendants David Waller and Waller Marine, Inc., and the Court is of the opinion that it should be GRANTED. The Court therefore

ORDERS that all claims against all parties in this case are hereby DISMISSED WITHOUT PREJUDICE with each party to bear its own costs of court.

So ordered.

Dated: __May 17__, 2013

_____
HONORABLE SIM LAKE
UNITED STATES DISTRICT JUDGE

H-991573_1